JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard– #195
Las Vegas, NV  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH TEODORO, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SMITH'S FOOD & DRUG STORES, INC dba SMITH'S FOOD & DRUGS #311; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:19-cv-00401-JAD-EJY<br><br>**STIPULATION AND ORDER FOR <u>DISMISSAL WITH PREJUDICE</u>**<br><br>**ECF No. 38** |

WHEREAS, the parties and their respective counsel have agreed upon a full and final settlement of this case and all claims asserted therein;

IT IS HEREBY STIPULATED AND AGREED by and between CARL R. HOUSTON, ESQ. of the LADAH LAW FIRM, Attorneys for Plaintiff ELIZABETH TEODORO, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

1. That the claims herein of Plaintiff ELIZABETH TEODORO against all Defendants including, but not limited to, SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

CLAC 7251576.1

2. That any matters pending on the Court's docket along with any scheduled deadlines be vacated.

Dated this 17th day of January, 2023.

LADAH LAW FIRM

/s/ Carl R. Houston
CARL R. HOUSTON, ESQ.
Nevada Bar No.: 11161
517 South Third Street
Las Vegas, NV 89101
Attorneys for Plaintiff
ELIZABETH TEODORO

Dated this 17th day of January, 2023.

COOPER LEVENSON, P.A.

/s/ Jerry S. Busby
JERRY S. BUSBY, ESQ.
Nevada Bar No.: 1107
3016 West Charleston Boulevard - #195
Las Vegas, NV 89102
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**ORDER**

Based on the parties' stipulation **[ECF No. 38]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: **1-17-23**

2

CLAC 7251576.1